No. 95–5961.  ESQUEDA-MORENO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–5962.  PAGAR *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–5964.  SOBIN *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 95–5965.  CASTRO *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 95–5966.  BUNTIN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–5968.  LIPSCOMB *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–5970.  JOHNSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 95–5971.  WOOSLEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–5976.  DeMAURO *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 3d Cir.  Certiorari denied.

No. 95–5978.  FEMIA *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 95–5981.  GUNN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–5983.  GARVIN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 95–5992.  WENGER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–5995.  CRUM *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–5998.  KINNEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–6001.  BAUGH *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.